1

2

3

4

5

6

7

8                         UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   GREGORY POARCH,                          No.  2:15-cv-2363 MCE CKD PS

12                    Plaintiff,

13          v.                                 FINDINGS AND RECOMMENDATIONS

14   CLIFFORD, et al.,

15                    Defendants.

16

17          By order filed December 1, 2015, plaintiff's complaint was dismissed and thirty days

18   leave to file an amended complaint was granted.  The thirty day period has now expired, and

19   plaintiff has not filed an amended complaint or otherwise responded to the court's order.

20          Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without

21   prejudice.  See Local Rule 110; Fed. R. Civ. P. 41(b).

22          These findings and recommendations are submitted to the United States District Judge

23   assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days

24   after being served with these findings and recommendations, any party may file written

25   objections with the court and serve a copy on all parties.  Such a document should be captioned

26   "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections

27   /////

28   /////

                                                1

1   within the specified time may waive the right to appeal the District Court's order.  <u>Martinez v.</u>

2   <u>Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

3   Dated:  January 7, 2016

4
                         CAROLYN K. DELANEY

5                         UNITED STATES MAGISTRATE JUDGE

8   4 poarch2363.fta

2